UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEMANCE BEASLEY, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) NO. 3:16-cv-3049 |
| | ) CHIEF JUDGE CRENSHAW |
| BRUCE WESTBROOKS, | ) |
| | ) |
|     Respondent. | ) |

## ORDER

As explained in the accompanying Memorandum Opinion, the Court finds that the petition is time-barred. The motion to dismiss (ECF No. 27) is therefore **GRANTED**, and this matter is **DISMISSED**.

As also discussed in the Memorandum Opinion, the Court finds that the issues raised in the § 2254 motion do not "deserve encouragement to proceed further." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). The Court therefore **DENIES** a certificate of appealability ("COA"). The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Fed. R. App. P. 22(b)(1).

IT IS SO ORDERED.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE